Christopher M. Mikson
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Telephone:   215-965-1200
Facsimile:   215-965-1210
Email: cmikson@akingump.com

Oleg Stolyar
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:   310-229-1000
Facsimile:   310-229-1001
Email: astolyar@akingump.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENOVA INDUSTRIES LTD., a Bahamas corporation.<br><br>                     Plaintiff,<br><br>v.<br><br>NEW YORK MOTORS CORPORATION, a corporation registered in New Jersey, and ALEXANDER L. VARSHAVSKY, an individual.<br><br>                     Defendants. | Civil Action No.: 2:13-cv-03424-KM-MAH<br><br>**STIPULATED NOTICE OF DISMISSAL OF ENTIRE ACTION** |

1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in accordance with the settlement agreement ("Settlement Agreement") among plaintiff Renova Industries Ltd. ("Plaintiff") and defendants Alexander Varshavsky and New York Motors Corporation ("Defendants"), the parties to this action ("Parties") hereby notify the Court that this entire action, including all claims against all Defendants, has been dismissed with prejudice pursuant to the stipulation of the Parties, with each party to bear its own costs and attorneys' fees.

Dated: ~~December ___, 2013~~ January 14, 2014

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Christopher M. Mikson

Christopher M. Mikson
Oleg Stolyar
Attorneys for Plaintiff

Dated: December 30, 2013

FERRO LABELLA & ZUCKER L.L.C.

By: /s/ Arthur Zucker

Arthur Zucker
Attorneys for Defendants